William BRODIE, respondent, v. NEW YORK & QUEENS ELECTRIC LIGHT & POWER COMPANY, appellant. (Supreme Court, Appellate Division, Second Department.

September 29, 1916.) Judgment and order of the County Court of Queens County unanimously affirmed, with costs. No opinion.

In the Matter of Max BROWN, an Attorney. (Supreme Court, Appellate Division, First Department. February, 1916.) Motions granted. Memorandum per curiam. Orders to be settled on notice.